162 A.3d 842

**HOWARD, Paul Ernest, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 69, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Reported below: 232 Md.App. 125, 156 A.3d 981.

Petition for writ of certiorari denied

■

162 A.3d 842

**HUFFER, Ryan Wayne**

v.

**STATE of Maryland**

**Pet. Docket No. 71, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 131, Sept. Term, 2016).

Petition for writ of certiorari dismissed